# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENDALL GATECHAIR

VERSUS

RPM PIZZA, LLC, BRITTANEY
GREEN, FOREMOST PROPERTY AND
CASUALTY INSURANCE COMPANY

NO. 2019 CW 1187

JAN 0 6 2020

---

In Re:   RPM Pizza, LLC, Brittaney Green and Foremost Property
         and Casualty Company, applying for supervisory writs,
         City Court in and for the Parish of East Baton Rouge,
         No. 201804368.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**

**VGW**
**WJB**

   **Guidry, J.,** dissents and would decline to exercise
jurisdiction and would transfer this matter to the Nineteenth
Judicial District Court which has concurrent supervisory
jurisdiction. La. Const. art. V, § 10; La. Code Civ. P. art.
5001; **Green v. Winn-Dixie Louisiana, Inc.,** 2003-0947 (La. App.
1st Cir. 8/15/03), 859 So.2d 153, 154-5 (*per curiam*).

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.